## JAMES H. FLINN v. MINNESOTA IRON COMPANY AND ANOTHER.[1]

July 22, 1927.

No. 26,132.

**Case followed.**

Plaintiff appealed from an order of the district court for St. Louis county, Kenny, J., sustaining a demurrer to the complaint. Reversed, following Marble v. Oliver I. Min. Co. supra, p. 263.

*A. L. Agatin,* for appellant.

*Frank D. Adams, Elmer F. Blu, Cleon Headley, George W. Morgan,* and *Davis, Severance & Morgan,* for respondents.

PER CURIAM.

The covenant sued on is practically the same as in the Marble case, supra, p. 263, reading: "The lessee agrees to pay all taxes and assessments, ordinary or extraordinary, general and specific, upon the land so demised which may be assessed either against said lands and the improvements thereon, or the iron ore product thereof or any personal property at said mines from and after the first day of January, A. D. 1902, during the continuation of this lease."

On the authority of the Marble case the order is reversed.

[1]Reported in 215 N. W. 180.